**FILED**

MAR 0 9 2007

CLERK

Court Name: District of South Dakota
Division: 5
Receipt Number: SDX500000708
Cashier ID: bhoran
Transaction Date: 03/09/2007
Payer Name: Bangs McCullen Law Firm
------------------------------------
CIVIL FILING FEE
 For: Bangs McCullen Law Firm
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 12519
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CIV07-5019 Crawford v. Nvidia
Corporation, et al. civil filing
fee