AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____SOUTH DAKOTA_____

CHRISTOPHER C. CRAWFORD, on behalf of
himself and all others similarly situated
in South Dakota

V.

NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.,
ADVANCED MICRO DEVICES, INC.; and
JOHN DOES 1-100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV07-5019

TO: (Name and address of Defendant)

NVIDIA CORPORATION
Agent for Service/Contact Person:  Stephen Hillier Pettigrew
2701 San Tomas Expressway
Santa Clara, CA  95050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Pickar
Bangs McCullen Law Firm
P.O. Box 2670
Rapid City, SD  57709-2670

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Joseph Haas_ (signature)
CLERK

_Bonnie Horan_ (signature)
(By) DEPUTY CLERK

3-9-2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                        *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

WESTERN  District of  SOUTH DAKOTA

CHRISTOPHER C. CRAWFORD, on behalf of
himself and all others similarly situated
in South Dakota

**SUMMONS IN A CIVIL ACTION**

V.

NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.,
ADVANCED MICRO DEVICES, INC.; and
JOHN DOES 1-100

CASE NUMBER: CIV07-5019

TO: (Name and address of Defendant)
ATI TECHNOLOGIES, INC.
President/CEO: David Orton
1 Commerce Valley Dr. East
Markham, ON L3T 7X6, Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Pickar
Bangs McCullen Law Firm
P.O. Box 2670
Rapid City, SD  57709-2670

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Joseph Haas                                         3-9-2007
CLERK                                               DATE

Bonnie Hogan
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                *Date*                   *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ SOUTH DAKOTA _____

CHRISTOPHER C. CRAWFORD, on behalf of
himself and all others similarly situated
in South Dakota

**SUMMONS IN A CIVIL ACTION**

V.

NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.,
ADVANCED MICRO DEVICES, INC.; and
JOHN DOES 1-100

CASE NUMBER: CIV07-5019

TO: (Name and address of Defendant)

C T CORPORATION SYSTEM
Agent for Service for ADVANCED MICRO DEVICES, INC.
818 West Seventh Street
Los Angeles, CA  90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Pickar
Bangs McCullen Law Firm
P.O. Box 2670
Rapid City, SD  57709-2670

an answer to the complaint which is served on you with this summons, within \_\_\_\_\_20\_\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Joseph Haas*                                     3-9-2007
CLERK                                                 DATE

*Bonnie Horan*
(By) DEPUTY CLERK

≰AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*

                                                     _____
                                                     *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.