# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

May 14, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1826 -- In re Graphics Processing Units Antitrust Litigation

(See Attached CTO-1)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 26, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Thompson
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Charles R. Breyer
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 6 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1826

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On April 18, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William H. Alsup.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Alsup.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 18, 2007, and, with the consent of that court, assigned to the Honorable William H. Alsup.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 4 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1826
## IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 07-214 | Robert S. Harmon v. Nvidia Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-7954 | Woodrow Clark v. Nvidia Corp., et al. |
| CAC 2 06-7964 | Jennifer Tomaino v. Nvidia Corp., et al. |
| CAC 2 06-8117 | Alan Holtzman v. Advanced Micro Devices, Inc., et al. |
| CAC 2 06-8183 | Paul Smith v. Nvidia Corp., et al. |
| CAC 2 07-192 | Chad Klebs v. Nvidia Corp., et al. |
| CAC 2 07-737 | Yury Furman v. Nvidia Corp., et al. |
| CAC 2 07-919 | Joseph Peirano v. Nvidia Corp., et al. |
| CAC 2 07-1927 | Thomas Y. Huh v. Nvidia Corp., et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 07-439 | Rebecca Bly v. Nvidia Corp., et al. |
| **KANSAS** | |
| KS 2 07-2067 | Scott Redpath v. Nvidia Corp., et al. |
| KS 2 07-2106 | Kou Srimoungchanh v. Nvidia Corp., et al. |
| **MASSACHUSETTS** | |
| MA 1 06-12286 | James Matson v. Nvidia Corp., et al. |
| MA 1 07-10300 | Stephanie Lueckel v. Nvidia Corp., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-1016 | Zhi Yuan Chiu v. Nvidia Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 2 07-822 | Julie Cook v. Nvidia Corp., et al. |
| SC 3 07-424 | Lee R. Chamberlain v. Nvidia Corp., et al. |
| **SOUTH DAKOTA** | |
| SD 5 07-5019 | Christopher C. Crawford v. Nvidia Corp., et al. |
| **TENNESSEE EASTERN** | |
| TNE 2 07-50 | Tabbatha Benson, et al. v. Nvidia Corp., et al. |
| **VERMONT** | |
| VT 2 07-32 | Allen Nassiff v. Nvidia Corp., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 06-755 | Scott Martin v. Nvidia Corp., et al. |

# INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1826
## IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

H. William Allen
Allen Law Firm
212 Center Street
Suite 950
Little Rock, AR 72201-3641

Gordon Ball
Ball & Scott
550 Main Avenue
Bank of America
Suite 601
Knoxville, TN 37902-2567

Brian Barry
Law Offices of Brian Barry
1801 Avenue of the Stars
Suite 307
Los Angeles, CA 90067

Christine P. Bartholomew
Finkelstein, Thompson, LLP
601 Montgomery Street
Suite 665
San Francisco, CA 94111

Jessica Leigh Bengels
Latham & Watkins, LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834

Garrett J. Bradley
Thornton & Naumes, L.L.P.
100 Summer Street
30th Floor
Boston, MA 02110

Michael D. Braun
Braun Law Group
12400 Wilshire Boulevard
Suite 920
Los Angeles, CA 90025

Thomas H. Brill
Law Office of Thomas H. Brill
6552 Sagamore Road
Mission Hills, KS 66208-3112

W. Joseph Bruckner
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Walter Henry Bundy, Jr.
Smith Bundy Bybee & Barnett
P.O. Box 1542
Mt. Pleasant, SC 29464

Elaine Teresa Byszewski
Hagens Berman Sobol Shapiro, LLP
700 South Flower Street
Suite 2940
Los Angeles, CA 90017-4101

Jennifer Anne Carmassi
Latham & Watkins, LLP
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007

Richard T. Cassidy
Hoff Curtis
PO Box 1124
100 Main Street
Burlington, VT 05402-1124

Ilan J. Chorowsky
Chorowsky Law Offices
1130 N. Dearborn Street
Suite 3110
Chicago, IL 60610

Craig C. Corbitt
Zelle, Hofmann, Voelbel, Mason & Gette, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104-4807

Daniel D'Angelo
Gilman & Pastor, L.L.P.
225 Franklin Stret
16th Floor
Boston, MA 02110

Issac L. Diel
Sharp McQueen, P.A.
6900 College Boulevard
Suite 285
Overland Park, KS 66211

James Donato
Cooley, Godward, Kronish, LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

John G. Emerson
Emerson Poynter, LLP
830 Apollo Lane
Houston, TX 77058

John G. Felder, Jr.
McGowan, Hood & Felder, LLC
1405 Calhoun Street
Columbia, SC 29201

Jennifer Lynn Giordano
Latham & Watkins, LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004

Kathlyn Graves
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Daniel E. Gustafson
Gustafson Gluek, PLLC
650 Northstore East
608 Second Avenue, South
Minneapolis, MN 55402

Frank Jablonski
Progressive Law Group, LLC
354 West Main Street
Madison, WI 53703

Christopher D. Jennings
Emerson Poynter, LLP
The Museum Center,. Suite 305
500 President Clinton Avenue
Little Rock, AR 72201

Russell S. Jones, Jr.
Shughart, Thomson & Kilroy, P.C.
Twelve Wyandotte Plaza
120 West 12th Street
Suite 1700
Kansas City, MO 64105

Daniel Karon
Goldman Scarlato & Karon, P.C.
55 Public Square
No. 1500
Cleveland, OH 44113

Sarah P. Kelly
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110-2604

Mary Gilmore Kirkpatrick
Kirkpatrick & Goldsborough, PLLC
1233 Shelburne Road
Suite E-1
South Burlington, VT 05403

Irwin B. Levin
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Christopher Lovell
Lovell Stewart Halebian, LLP
500 Fifth Avenue
Floor 58
New York, NY 10110

Jordan L. Lurie
Weiss & Lurie
10940 Wilshire Blvd.
23rd Floor
Los Angeles, CA 90024

Cory E. Manning
Nelson, Mullins, Riley &
Scarborough LLP
P.O. Box 11070
Columbia, SC 29211

Chad A. McGowan
McGowan, Hood & Felder, LLC
1539 Healthcare Drive
Rock Hill, SC 29732

Christopher T. Micheletti
Zelle, Hofmann, Voelbel, Mason &
Gette, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Krishna B. Narine
Law Office of Krishna B. Narine
7839 Montgomery Avenue
Suite 300
Elkins Park, PA 19027

Stephen C. Neal
Cooley, Godward, Kronish, LLP
101 California Street
5th Floor
San Diego, CA 92111

Robert F. O'Neill
Gravel & Shea
76 St. Paul Street
7th Floor
P.O. Box 369
Burlington, VT 05402-0369

Tamara Packard
Cullen, Weston, Pines & Bach
122 West Washington Avenue
Suite 900
Madison, WI 53703

Eric J. Pickar
Bangs, McCullen, Butler, Foye &
Simmons
P.O. Box 2670
Rapid City, SD 57709

Randy R. Renick
Law Offices of Randy Renick
128 North Fair Oaks Avenue
Suite 204
Pasadena, CA 91103

Douglas J. Rovens
Zelle, Hofmann, Voelbel, Mason &
Gette, LLP
550 South Hope Street, Suite 1600
Los Angeles, CA 90017

Charles H. Samel
Latham & Watkins, LLP
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007

Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Donna F. Solen
Mason Law Firm, P.C.
1225 19th Street, N.W.
Suite 500
Washington, DC 20036

Gary L. Specks
Kaplin, Fox & Kilsheimer, LLP
423 Sumac Road
Highland Park, IL 60035

Elizabeth Van Doren Gray
Sowell, Gray, Stepp & Laffitte, LLC
P.O. Box 11449
Columbia, SC 29211

Kenneth G. Walsh
Straus & Boies, LLP
2 Depot Plaza, 2nd Floor
Bedford Hills, NY 10507

Jason Allen Zweig
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue
22nd Floor
New York, NY 10022

# INVOLVED JUDGES LIST (CTO-1)
## DOCKET NO. 1826
## IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

Hon. Susan Webber Wright
U.S. District Judge
522 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Mariana R. Pfaelzer
Senior U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. James Robertson
U.S. District Judge
4903 E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Douglas P. Woodlock
U.S. District Judge
4110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. William G. Young
U.S. District Judge
5710 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Brian M. Cogan
U.S. District Judge
United States District Court
717S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. C. Weston Houck
Senior U.S. District Judge
P.O. Box 150
Charleston, SC 29402

Hon. Margaret B. Seymour
U.S. District Judge
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201

Hon. Karen E. Schreier
Chief Judge, U.S. District Court
United States District Court
515 Ninth Street, Room 318
Rapid City, SD 57701

Hon. J. Ronnie Greer
U.S. District Judge
405 James H. Quillen U.S. Courthouse
220 West Depot Street
Greenville, TN 37743

Hon. William K. Sessions, III
Chief Judge, U.S. District Court
P.O. Box 928
Burlington, VT 05402

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
United States District Court
P.O. Box 591
Madison, WI 53701-0591

# INVOLVED CLERKS LIST (CTO-1)
## DOCKET NO. 1826
## IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Larry W. Propes, Clerk
P.O. Box 835
Charleston, SC 29402-9835

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57709

Patricia L. McNutt, Clerk
U.S. Courthouse
220 West Depot Street
Suite 200
Greenville, TN 37743

Richard P. Wasko, Clerk
P.O. Box 945
Burlington, VT 05402

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432