LATHAM & WATKINS LLP
MARGARET M. ZWISLER (margaret.zwisler@lw.com)
AMANDA P. REEVES (amanda.reeves@lw.com)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004
Telephone:  (202) 637-2200
Facsimile:   (202) 637-2201

CHARLES H. SAMEL (SBN 182019) (charles.samel@lw.com)
JENNIFER A. CARMASSI (SBN 221592) (jennifer.carmassi@lw.com)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

Attorneys for Defendants ATI Technologies ULC and
Advanced Micro Devices, Inc.


COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant NVIDIA Corporation


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | Case No.  M-07-CV-01826-WHA |
| | MDL No. 1826 |
| This Document Relates To:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY<br><br>Hon. William H. Alsup<br>Courtroom 9, 19th Floor<br>Date: July 12, 2007<br>Time:  8:00 a.m. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED ] ORDER GRANTING
DEFENDANTS' MOTION TO
STAY DISCOVERY
Case No. M-07-CV-01826-WHA

LA\1732361.1

This Court has considered defendants' motion to stay discovery, all briefs and papers filed in support and in opposition to the motion, and all arguments made by counsel.

IT IS HEREBY ORDERED that defendants' motion to stay is GRANTED. Pursuant to Federal Rule of Civil Procedure 26(c), all discovery, including the disclosures that Rule 26(a)(1) requires, is STAYED until further order of this Court lifting the stay.

IT IS SO ORDERED.

DATED: _____

By_____
The Honorable William H. Alsup
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1723257.2
1039948 v1/SF

1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO
STAY DISCOVERY
Case No. M-07-CV-01826-WHA

LA\1732361.1