```
LATHAM & WATKINS LLP
MARGARET M. ZWISLER (margaret.zwisler@lw.com)
AMANDA P. REEVES (amanda.reeves@lw.com)
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

CHARLES H. SAMEL (SBN 182019) (charles.samel@lw.com)
JENNIFER A. CARMASSI (SBN 221592) (jennifer.carmassi@lw.com)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for Defendants ATI Technologies ULC and
Advanced Micro Devices, Inc.


COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Defendant NVIDIA Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | **Case No. M-07-CV-01826-WHA**<br><br>MDL No. 1826 |
| This Document Relates To:<br><br>ALL ACTIONS | **PROOF OF SERVICE**<br><br>Hon. William H. Alsup<br>Courtroom 9, 19th Floor<br>Date: July 12, 2007<br>Time: 8:00 a.m. |

LATHAM&WATKINS LLP   LA\1723257.2
ATTORNEYS AT LAW
LOS ANGELES

LA\1732949.3

PROOF OF SERVICE
Case No. M-07-CV-01826-WHA

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY DISCOVERY AND MEMORANDUM OF POINTS AND AUTHORITIES**

- **DECLARATION OF CHARLES H. SAMEL IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY**

- **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following part(ies) in this action:

**See Attached Service List** (already on ECF List)

Executed on June 7, 2007, at San Francisco, California.

/s/ Myrna M. Yee
Myrna M. Yee

1042889 v1/SF            1.            DEFENDANT NVIDIA CORP.'S MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

## SERVICE LIST

**_Counsel for Plaintiffs, Henry Truong, Stephanie Truong, and Judd Eliasoph:_**

Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway
COHEN MILSTEN HAUSFELD
  & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

**_Counsel for Plaintiff, Trong Nguyen:_**

| | |
|---|---|
| Michael P. Lehmann<br>Thomas P. Dove<br>Christopher L. Lebsock<br>Jon T. King<br>FURTH LEHMANN LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104 | Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrew B. Bullion<br>Hilary K. Ratway<br>COHEN MILSTEN HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, DC 20005 |

Allan Steyer
Steyer Lowenthal Boodrookas
  Alvarez & Smith LLP
1 California St., Suite 300
San Francisco, CA 94111

**_Counsel for Plaintiff, Daniel Perkel:_**

Patrick A. Tillou
Michael D. Hausfeld
Hilary K. Ratway
COHEN MILSTEN HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

**_Counsel for Plaintiffs, Rhonda Aldrich, Justus Austin and Elie Mizrahi:_**

Craig M. Essenmacher
Keith Essenmacher
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

2.

DEFENDANT NVIDIA CORP.'S
MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

| | |
|---|---|
| 1 | *Counsel for Plaintiff, Karol Juskiewicz:* |

*Counsel for Plaintiff, Karol Juskiewicz:*

Mario N. Alioto  
Lauren C. Russell  
TRUMP, ALIOTO, TRUMP & PRESCOTT  
2280 Union Street  
San Francisco, CA 94123  

Joseph M. Patane  
LAW OFFICES OF JOSEPH M. PATANE  
2280 Union Street  
San Francisco, CA 94123  

Lawrence G. Papale  
LAW OFFICES OF LAWRENCE G. PAPALE  
1308 Main Street #117  
St. Helena, CA 94574  

*Counsel for Plaintiff, Kathryn Saunders:*

Joseph G. Sauder  
CHIMICLES & TIKELLIS LLP  
361 W. Lancaster Avenue  
Haverford, PA 19041  

*Counsel for Plaintiff, Bryan Schindelheim:*

Clifford H. Pearson  
Gary S. Soter  
Daniel L. Warshaw  
PEARSON SOTER WARSHAW & PENNY LLP  
15165 Ventura Blvd., Suite 400  
Sherman Oaks, CA 91403  

*Counsel for Plaintiff, Jennifer Tomaino:*

Christine P. Bartholomew  
FINKELSTEIN THOMPSON LLP  
601 Montgomery St., Suite 665  
San Francisco, CA 94111  

Mila F. Bartos  
Richard M. Volin  
Michael G. McLellan  
FINKELSTEIN THOMPSON LLP  
1050 30th Street NW  
Washington, DC 20007  

Michael McShane  
AUDET & PARTNERS LLP  
221 Main Street, Suite 1460  
San Francisco, CA 94105  
T: (415) 568-2555  
F: (415) 568-2556  

*Counsel for Plaintiff Woodrow Clark II:*

Brian Barry  
LAW OFFICES OF BRIAN BERRY  
1801 Avenue of the Stars, Suite 307  
Los Angeles, CA 90067  

Randy R. Renick  
LAW OFFICES OF RANDY R. RENICK  
128 North Fair Oaks Ave., Suite 204  
Pasadena, CA 91103  

*Counsel for Plaintiff, Vincent Andella:*

Kenneth G. Gilman

Robert C. Schubert

COOLEY GODWARD  
KRONISH LLP  
ATTORNEYS AT LAW  
SAN FRANCISCO  

1042889 v1/SF    3.    DEFENDANT NVIDIA CORP.'S  
MOTION TO STAY DISCOVERY  
M:07-CV-01826-WHA

| | | |
|---|---|---|
| 1 | David Pastor<br>Daniel D'Angelo | Juden J. Reed<br>Aaron H. Darsky |
| 2 | GILMAN AND PASTOR, LLP<br>225 Franklin St., 16th Floor | Willem F. Jonckheer<br>SCHUBERT & REED LLP |
| 3 | Boston, MA 02110 | Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111 |

*Counsel for Plaintiff, Brett Johnson:*

Arthur L. Shingler III  
SCOTT & SCOTT, LLP  
600 B Street, Ste. 1500  
San Diego, CA 92101

Dennis J. Johnson  
JOHNSON & PERKINSON  
1690 Williston Rd.  
P.O. Box 2305  
S. Burlington, VT 05403

*Counsel for Plaintiff, Alan Holtzman:*

Elaine T. Byszewski  
HAGENS BERMAN SOBOL SHAPIRO LLP  
700 S. Flower St., Suite 2940  
Los Angeles, CA 90017

Steve W. Berman  
Anthony D. Shapiro  
George W. Sampson  
Ronnie Spiegel  
HAGENS BERMAN SOBOL SHAPIRO LLP  
1301 Fifth Ave., Suite 2900  
Seattle, WA 98101

Gary L. Specks  
KAPLAN FOX & KILSHEIMER, LLP  
423 Sumac Rd.  
Highland Park, IL 60035

Lori Brody  
KAPLAN FOX & KILSHEIMER, LLP  
1801 Century Park East, Suite 1460  
Los Angeles, CA 90067

Ted A. Donner  
DONNER & COMPANY LAW OFFICES LLC  
203 N. LaSalle St., Suite 2100  
Chicago, IL 60601

Guido Saveri  
R. Alexander Saveri  
Cadio Zirpoli  
SAVERI & SAVERI, INC.  
111 Pine St., Suite 1700  
San Francisco, CA 94111

Robert N. Kaplan  
Richard J. Kilsheimer  
Jason Allen Zweig  
KAPLAN FOX & KILSHEIMER LLP  
805 Third Street, 22nd Floor  
New York, NY 10022

*Counsel for Plaintiff, James Matson:*

Kenneth G. Gilman  
Daniel D'Angelo  
GILMAN AND PASTOR, LLP  
225 Franklin Street, 16th Floor  
Boston, MA 02110

*Counsel for Plaintiff, Paul Smith:*

Michael D. Braun

Christopher Lovell

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

4.

DEFENDANT NVIDIA CORP.'S
MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

| | | |
|---|---|---|
| 1 | BRAUN LAW GROUP, P.C. | Craig M. Essenmacher |
| 2 | 12400 Wilshire Blvd., Suite 920<br>Los Angeles, CA 90025 | Keith Essenmacher<br>LOVELL STEWART HALEBIAN LLP |
| 3 | | 500 Fifth Avenue, 58th Floor<br>New York, NY 10110 |

4   *Counsel for Plaintiff, Scott Martin:*

| | | |
|---|---|---|
| 5 | Frank Jablonski | Ilan J. Chorowsky |
| 6 | Noah Golden-Krasner<br>PROGRESSIVE LAW GROUP, LLC | PROGRESSIVE LAW GROUP LLC, Of Counsel<br>1130 N. Dearborn St., Ste. 3110 |
| 7 | 354 W. Main Street<br>Madison, WI 53703 | Chicago, IL 60610 |
| 8 | Daniel R. Karon | Krishna B. Narine |
| 9 | GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500 | LAW OFFICES OF KRISHNA B. NARINE<br>7893 Montgomery Ave., Suite 300 |
| 10 | Cleveland, OH 44113 | Elkins Park, PA 19027 |
| 11 | Isaac L. Diel<br>SHARP McQUEEN McKINLEY McQUEEN | Gordon Ball<br>BALL & SCOTT |
| 12 | & DODGE, PA<br>6900 College Blvd., Suite 285 | 550 Main Avenue, Suite 750<br>Knoxville, Tennessee 37902 |
| 13 | Overland Park, KS 66211 | |

14   *Counsel for Plaintiff, Chad Klebs:*

| | | |
|---|---|---|
| 15 | Craig C. Corbitt | Douglas J. Rovens |
| 16 | Francis O. Scarpulla<br>Christopher T. Micheletti | Steven A. Lamb<br>ZELLE, HOFMANN, VOELBEL, MASON |
| 17 | Matthew R. Schultz<br>Quianwei Fu | & GETTE LLP<br>550 S. Hope St., Suite 1600 |
| 18 | ZELLE, HOFMANN, VOELBEL, MASON<br>& GETTE LLP | Los Angeles, CA 90071 |
| 19 | 44 Montgomery St., Suite 3400<br>San Francisco, CA 94104 | |

20   *Counsel for Plaintiffs, Joseph Clofine, Heather Daughtrey, Ronald Herold,*
     *Marilyn Nasta, and Merle Carey:*

| | | |
|---|---|---|
| 21 | Elisabeth A. Bowman | Patrick J. Coughlin |
| 22 | Christopher Collins<br>LERACH COUGHLIN STOIA GELLER | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP |
| 23 | RUDMAN & ROBBINS LLP<br>655 W. Broadway, Suite 1900 | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111 |
| 24 | San Diego, CA 92101 | |
| 25 | | Ronald B. Kowalczyk<br>KOWALCZYK LAW OFFICES, P.C. |
| 26 | | 215 Campbell Street<br>Geneva, IL 60134 |
| 27 | Eric Somers | |
| 28 | Mark Todzo<br>LEXINGTON LAW GROUP, LLP | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF     5.     DEFENDANT NVIDIA CORP.'S
MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

1627 Irving Street
San Francisco, CA 94122

**_Counsel for Plaintiff, Roy Jacobs:_**

| | |
|---|---|
| Kirk B. Hulett<br>Blake Muir Harper<br>Randall R. Sjoblom<br>HULETT HARPER STEWART LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101 | Nancy Kaboolian<br>ABBEY SPANIER RODD ABRAMS<br>    & PARADIS LLP<br>212 East 39th Street<br>New York, NY 10016 |

Laurence D. Paskowitz
THE PASKOWITZ LAW FIRM PC
60 East 42nd Street, 46th Floor
New York, NY 10165

**_Counsel for Plaintiff, Michael Bensignor:_**

| | |
|---|---|
| Eugene A. Spector<br>Jeffrey J. Corrigan<br>Jay S. Cohen<br>SPECTOR, ROSEMAN & KODROFF, PC<br>1818 Market St., Suite 2500<br>Philadelphia, PA 19103 | Steven A. Kanner<br>FREED KANNER LONDON<br>    & MILLEN LLC<br>2201 Waukengan Rd., Suite 130<br>Bannockburn, IL 60015 |
| Steven Asher<br>WEINSTEIN, KITCHENOFF & ASHER LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103 | Phillip A. Steinberg<br>124 Rockland Ave.<br>Bala Cynwyd, PA 19004 |
| John P. McCarthy<br>217 Bay Avenue<br>Somers Point, NJ 08244 | Jeffrey Brodkin<br>1845 Walnut Street, 22nd FL<br>Philadelphia, PA 19103 |
| Steven J. Greenfogel<br>MEREDITH COHEN GREENFOGEL<br>    & SKIRNICK, P.C.<br>Architects Building<br>117 S. 17th Street, 22nd FL<br>Philadelphia, PA 19103 | Anthony J. Bolognese<br>BOLOGNESE & ASSOCIATES<br>One Penn Center<br>1617 John F. Kenned Blvd., Suite 650<br>Philadelphia, PA 19103 |

**_Counsel for Plaintiff, Advanced Technology Distributors, Inc.:_**

Roger M. Schrimp
Clinton P. Walker
Fred A. Silva
Kathy L. Monday
DAMRELL, NELSON SCHRIMP, PALLIOS,
    PACHER & SILVA
1601 "I" Street, Fifth Floor
Modesto, CA 95354

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF         6.         DEFENDANT NVIDIA CORP.'S
MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

***Counsel for Plaintiff, Yury Furman:***

Jordan L. Lurie
Zev B. Zysman
WEISS & LURIE
10940 Wilshire Blvd., 23rd Floor
Los Angeles, CA 90024

***Counsel for Plaintiff, Joseph Salazar:***

Monique Alonso
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104

***Counsel for Plaintiff, Joseph Peirano:***

| | |
|---|---|
| Craig C. Corbitt | Douglas J. Rovens |
| Francis O. Scarpulla | Steven A. Lamb |
| Christopher T. Micheletti | ZELLE, HOFMANN, VOELBEL, MASON |
| Judith A. Zahid | & GETTE LLP |
| Qianwei Fu | 550 S. Hope Street, Suite 1600 |
| ZELLE, HOFMANN, VOELBEL, | Los Angeles, CA 90071 |
| MASON & GETTE LLP | |
| 44 Montgomery Street, Suite 3400 | |
| San Francisco, CA 94104 | |

***Counsel for Plaintiff, Edna Gallegos:***

Larry W. Gabriel
JENKINS MULLIGAN & GABRIEL, LLP
660 Market Street, 3rd Floor
San Francisco, CA 94104

***Counsel for Lee Chamberlain:***

| | |
|---|---|
| John G. Felder, Jr. | Daniel R. Karon |
| Chad A. McGowan | GOLDMAN SCARLATO & KARON, P.C. |
| McGOWAN HOOD FELDER & JOHNSON | 55 Public Square, Suite 1500 |
| 1405 Calhoun Street | Cleveland, OH 44113 |
| Columbia, SC 29201 | |
| | |
| Krishna B. Narine | Isaac L. Diel |
| LAW OFFICES OF KRISHNA B. NARINE | SHARP McQUEEN McKINLEY |
| 7893 Montgomery Ave., Suite 300 | McQUEEN & DODGE, PA |
| Elkins Park, PA 19027 | Financial Plaza |
| | 6900 College Blvd., Suite 285 |
| | Overland Park, KS 66211 |
| Gordon Ball | |
| BALL & SCOTT | |
| 550 Main Avenue, Suite 750 | |
| Knoxville, Tennessee 37902 | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF                    7.                    DEFENDANT NVIDIA CORP.'S
                                                       MOTION TO STAY DISCOVERY
                                                       M:07-CV-01826-WHA

1  ***Counsel for Plaintiff, Scott Erickson:***

2  Elizabeth R. Odette
   LOCKRIDGE GRINDAL NAUEN P.L.L.P.
3  100 Washington Avenue South
   Suite 2200
4  Minneapolis, MN 55401

5  ***Counsel for Plaintiff, Scott Redpath:***

6  Isaac L. Diel                                   Daniel R. Karon
   SHARP McQUEEN McKINLEY                          GOLDMAN SCARLATO & KARON, P.C.
7     McQUEEN & DODGE, PA                          55 Public Square, Suite 1500
   Financial Plaza                                 Cleveland, OH 44113
8  6900 College Blvd., Suite 285
   Overland Park, KS 66211
9
   John G. Felder, Jr.                             Krishna B. Narine
10 Chad A. McGowan                                 LAW OFFICES OF KRISHNA B. NARINE
   McGOWAN HOOD FELDER & JOHNSON                   7893 Montgomery Ave., Suite 300
11 1405 Calhoun Street                             Elkins Park, PA 19027
   Columbia, SC 29201
12
   Gordon Ball
13 BALL & SCOTT
   550 Main Avenue, Suite 750
14 Knoxville, Tennessee 37902

15 ***Counsel for Plaintiff, Albert Cella:***

16 Jayne A. Goldstein                              Amir Stark
   MAGER & GOLDSTEIN LLP                           MAGER & GOLDSTEIN LLP
17 1640 Town Center Circle, Suite 216              One Liberty Place
   Weston, FL 33326                                1650 Market Street, 21st Floor
18                                                 Philadelphia, PA 19103

19 ***Counsel for Plaintiff, Stephanie Lueckel:***

20 Garrett J. Bradley                              Daniel R. Karon
   THORNTON & NAUMES LLP                           GOLDMAN SCARLATO & KARON, P.C.
21 100 Summer Street, 30th Floor                   55 Public Square, Suite 1500
   Boston, MA 02110                                Cleveland, OH 44113
22
   Krishna B. Narine                               Isaac L. Diel
23 LAW OFFICES OF KRISHNA B. NARINE                SHARP McQUEEN McKINLEY
   7893 Montgomery Ave., Suite 300                    McQUEEN & DODGE, PA
24 Elkins Park, PA 19027                           Financial Plaza
                                                   6900 College Blvd., Suite 285
25                                                 Overland Park, KS 66211
   Gordon Ball
26 BALL & SCOTT
   550 Main Avenue, Suite 750
27 Knoxville, TN 37902

28 ***Counsel for Plaintiff, Allen Nassiff:***

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF                                   8.                           DEFENDANT NVIDIA CORP.'S
                                                                             MOTION TO STAY DISCOVERY
                                                                             M:07-CV-01826-WHA

| | |
|---|---|
| Mary G. Kirkpatrick<br>1233 Shelburne Rd., Suite E-1<br>South Burlington, VT 05403 | Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113 |
| Krishna B. Narine<br>LAW OFFICES OF KRISHNA B. NARINE<br>7893 Montgomery Ave., Suite 300<br>Elkins Park, PA 19027 | Isaac L. Diel<br>SHARP McQUEEN McKINLEY<br>  McQUEEN & DODGE, PA<br>Financial Plaza<br>6900 College Blvd., Suite 285<br>Overland Park, KS 66211 |
| Gordon Ball<br>BALL & SCOTT<br>550 Main Avenue, Suite 750<br>Knoxville, TN 37902 | |

***Counsel for Plaintiffs, Tabbatha Benson, Scott Friedson, Michael Brooks, Joe Solo and Brittany Chung:***

| | |
|---|---|
| Gordon Ball<br>BALL & SCOTT<br>550 Main Avenue, Suite 750<br>Knoxville, TN 37902 | Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113 |
| Krishna B. Narine<br>LAW OFFICES OF KRISHNA B. NARINE<br>7893 Montgomery Ave., Suite 300<br>Elkins Park, PA 19027 | Isaac L. Diel<br>SHARP McQUEEN McKINLEY<br>  McQUEEN & DODGE, PA<br>Financial Plaza<br>6900 College Blvd., Suite 285<br>Overland Park, KS 66211 |

***Counsel for Plaintiff, Kevin Connolly:***

| | |
|---|---|
| Cadio Zirpoli<br>Guido Saveri<br>Richard A. Saveri<br>SAVERI & SAVERI INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111 | Gary L. Specks<br>KAPLAN FOX & KILSHEIMER LLP<br>203 N. LaSalle Street<br>Chicago, IL 60601 |
| Geoffrey C. Rushing<br>SAVERI & SAVERI INC.<br>One Embarcadero Center, Suite 1020<br>San Francisco, CA 94111 | Jason Allen Zweig<br>Robert N. Kaplan<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Street, 22nd Floor<br>New York, NY 10022 |

***Counsel for Plaintiff, FME Architecture + Design:***

Kelly A. Horne
Tracy R. Kirkham
COOPER & KIRKHAM, P.C.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF          9.          DEFENDANT NVIDIA CORP.'S
MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA

655 Montgomery Street, 17th Floor
San Francisco, CA 94111

**_Counsel for Plaintiff, Angela Roark:_**

Patrick J. Coughlin
Christopher M. Burke
Elisabeth A. Bowman
Christopher Collins
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
55 W. Monroe St., Suite 1111
Chicago, IL 60603

**_Counsel for Plaintiff, Fred Williams:_**

Judith Blackwell
BLACKWELL & BLACKWELL
584 Valle Vista Avenue
Oakland, CA 94610

Lawrence D. Nwajei
LAW OFFICES OF
  LAWRENCE D. NWAJEI
4221 Wilshire Blvd., Suite 392
Los Angeles, CA 90010

**_Counsel for Plaintiff, Jordan Walker:_**

John F. Cove, Jr.
David W. Shapiro
Kevin J. Barry
BOIES SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612

William A. Isaacson
Philip J. Iovieno
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., N.W.
Suite 800
Washington, DC 20015

**_Counsel for Defendants, ATI Technologies, Inc. and Advanced Micro Devices, Inc.:_**

Margaret M. Zwisler
Amanda P. Reeves
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, DC 20004

Charles H. Samel
Jennifer A. Carmassi
LATHAM & WATKINS LLP
633 W. Fifth Street, Sutie 4000
Los Angeles, CA 90071

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1042889 v1/SF

10.

DEFENDANT NVIDIA CORP.'S
MOTION TO STAY DISCOVERY
M:07-CV-01826-WHA